UNITED STATES of America,
Plaintiff-Appellee,

v.

Kedrick Jamel HARRIS, a/k/a Don, a/k/a Lil D, Defendant-Appellant.

No. 17-6863

United States Court of Appeals,
Fourth Circuit.

Submitted: October 17, 2017

Decided: October 20, 2017

Kedrick Jamel Harris, Appellant Pro Se. Charlene Rene Day, Assistant United States Attorney, Roanoke, Virginia; Zachary T. Lee, Assistant United States Attorney, Abingdon, Virginia, for Appellee.

Before FLOYD and HARRIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kedrick Jamel Harris appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Harris*, No. 1:12-cr-00024-JPJ-RSB-7 (W.D. Va. June 27, 2017). We further deny Harris' motion to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*